# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KENNETH THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MCMAHON, et al., <br><br> Defendants. | Case No. EDCV 13-1020-FMO (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: January 16, 2014

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE